

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

March 29, 1962

Honorable Walter E. Wilson
County Attorney
Ector County
Odessa, Texas

Dear Mr. Wilson:

Opinion No. WW-1286

Re: Whether a privately
published brochure may
be mailed with jury
summons.

Your letter reads in part as follows:

"May a brochure published by a private
organization as a guide for jurors bearing
the name of the private organization be in-
cluded in an envelope with a jury service
notice card mailed by the County to persons
summoned for jury service?"

The Constitution provides for the offices of
the clerks of courts of record, and prescribes the duties
and authority of such officers. 12 T.J.2d 139.

Article V, Section 20 of the Texas Constitution
provides that the duties of the county clerk are to be pre-
scribed by the Legislature. The Legislature has set out
the powers and duties of the clerk in Articles 1935-1948,
Vernon's Annotated Civil Statutes.

A careful reading of Article 1935-1948, V.A.C.S.
failed to disclose any statutory authority permitting the
county clerk to mail out a brochure incidental to the
functions of his office.

Therefore, it is our opinion that the county clerk
does not have the authority to send out a brochure with the
jury service card.

## S U M M A R Y

A county clerk doesn't have the constitutional or statutory authority to mail a brochure with a jury service notice card.

Yours very truly,

WILL WILSON
Attorney General of Texas

By ~~Irwin R. Salmanson~~
Irwin R. Salmanson
Assistant

IRS:wb:zt

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Jack Goodman
Thomas Burrus
Dudley McCalla

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.